UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-20018-GAYLES



DAVID JIA,
    Plaintiff,
vs.

UNIVERSITY OF MIAMI, a not-for-profit corporation; ANGELA CAMERON; KATHARINE WESTAWAY, in her official and individual capacities; and WILLIAM ANTHONY LAKE, in his official and individual capacities,

    Defendants.
_____/

## DEFENDANT ANGELA CAMERON'S LIST OF FACT WITNESSES

NOW INTO COURT, comes Defendant Angela Cameron who submits the following list containing the names and addresses of all fact witnesses in the above-captioned matter in accordance with the scheduling order (D.E. 73).

Defendant Cameron may call the following persons as witnesses in this matter:

| **Name:** | **Address:** |
|---|---|
| 1. ANGELA CAMERON | Crystal Lake Apartments, Apt #207<br>2601 NW 207th St.<br>Miami Gardens, Florida 33056 |
| 2. CHARLES CAMERON | 2103 NW US Hwy 41<br>Jennings, Florida 32053 |
| 3. TERESA CAMERON | 2103 NW US Hwy 41<br>Jennings, Florida 32053 |
| 4. MIGUEL CASTILLO, Jr. | Crystal Lake Apartments, Apt #207<br>2601 NW 207th St.<br>Miami Gardens, Florida 33056 |

| | |
|---|---|
| 5. SOFIA CABRALES | 172 Sherman Ave, Apt #55<br>New York, New York 10018 |
| 6. AMBER DAWN BUTLER | 2425 SW 27th Ave, ph1202<br>Miami, Florida 33145 |
| 7. CHARLES WESTBROOK | 402 Hull Ave.<br>Nashville, Georgia 31639 |
| 8. MARY FULP-PYE | 3541 N Crossing Cir.<br>Valdosta, Georgia 31602 |
| 9. JOE MORGAN | 3541 N Crossing Cir.<br>Valdosta, Georgia 31602 |
| 10. JONATHAN JONES | 4274 N Valdosta Rd.<br>Valdosta, Georgia 31602 |
| 11. STEWART WILLIAMS | 2412 North Oak Street<br>Valdosta, Georgia 31602 |
| 12. NAVID NOURI | 5000 University Drive<br>Coral Gables, Florida 33146 |

13. Any witness listed by any party

14. Any witness identified in discovery

15. Defendant Angela Cameron reserves the right to supplement the list of witnesses upon the close of discovery

Respectfully Submitted,

By: *[signature]*
Angela Cameron
Crystal Lake Apartments, Apt #207
2601 NW 207th St.
Miami Gardens, Fl. 33056
305-401-1548
Angela.cameron1223@yahoo.com

## CERTIFICATE OF SERVICE

| | |
|---|---|
| **Via e-Mail:**<br>Lonnie B. Richardson, Esq.<br>Lonnie B. Richardson, PA.<br>690 Lincoln Road, Suite 204<br>Miami Beach, Florida 33139<br>Tel: (305) 603-1323<br>Fax: (305) 428-9539<br>Email: Officelonnierichardson@gmail.com<br>Email: Info@lonnielawyer.com<br><br>*Counsel for Plaintiff, David Jia* | **Via e-Mail:**<br>Isicoff, Ragatz & Koenigsberb<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel: (305) 373-3232<br>Fax: (305) 373-3233<br>Email: Isicoff@irlaw.com<br>Email: Ragatz@irlaw.com<br>Email: Yannuzzi@irlaw.com<br><br>*Counsel for Defendants, University of Miami and Anthony Lake* |
| **Via e-Mail:**<br>Katharine Westaway, *pro se*<br>818 Navajoo Drive<br>Jefferson City, Tennessee, 37760<br>Email: bwestawa@gmail.com | |

By: /s/ Angela Cameron
Angela Cameron