UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-20018-GAYLES

**DAVID JIA,**
    **Plaintiff,**

v.

**UNIVERSITY OF MIAMI, et al.,**
    **Defendants.**
                                         /

**ORDER REFERRING CASE**
**TO VOLUNTEER ATTORNEY PROGRAM**

**THIS CAUSE** is before the Court on *pro se* Defendant Angela Cameron's Motion for Referral to Volunteer Attorney Program. [ECF No. 170]. After reviewing the matter and being fully advised, it is

**ORDERED** that this matter is referred to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro* bono basis if so desired; it is further

**ORDERED** that the Clerk of Court will obtain a description of the case and contact information to post on the Court's website of available *pro bono* cases seeking volunteer lawyers; it is further

**ORDERED** that if the representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of March, 2019.

/s/ Darrin P. Gayles
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE
